# Court of Appeals
## Tenth Appellate District of Texas

10-26-00323-CR

Dennis Dewayne Henderson,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
54th District Court of McLennan County, Texas
Judge Gina Long, presiding
Trial Court Cause No. 2025-412-C2

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Dennis Dewayne Henderson appealed the trial court's judgment of conviction for possession of a controlled substance (habitual) signed on July 28, 2026. On August 11, 2026, Henderson filed a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). The motion was signed by Henderson and his attorney. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Henderson's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: August 13, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Motion granted
Appeal dismissed
Do not publish
CRPM

